

**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California 95814-2510
(916) 498.5700   FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

LINDA C. ALLISON
Chief Assistant Defender

Thursday, March 31, 2016

Charles M. Bonneau, Jr.
Attorney at Law
331 J Street, Suite 200
Sacramento, CA 95814

**FILED**
Mar 31, 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RE:   Sarah Weeden v. Johnson
      2:13-cv-2667 JKS

Attached is a copy of your appeal appointment order for this case. You are the attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Sincerely,

Kurt Heiser
CJA Administrator

Enclosure

cc:   Clerk's Office

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Weeden, Sarah | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 13-cv-02667 JKS | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) Weeden v. Johnson | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☑ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☑ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) Appeal | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Charles M. Bonneau, Jr.
331 J Street, Suite 200
Sacramento, CA 95814

Telephone Number:

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
☑ O  Appointing Counsel       ☐ C  Co-Counsel
☐ F  Subs For Federal Defender ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney   ☐ Y  Standby Counsel

Prior Attorney's Name:
Appointment Dates:

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

_Signature of Presiding Judge or By Order of the Court_
Date of Order: 3/2/2016      Nunc Pro Tunc Date: 11/30/2015

Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea |  | 0.00 |  | 0.00 |  |
| b. Bail and Detention Hearings |  | 0.00 |  | 0.00 |  |
| c. Motion Hearings |  | 0.00 |  | 0.00 |  |
| d. Trial |  | 0.00 |  | 0.00 |  |
| e. Sentencing Hearings |  | 0.00 |  | 0.00 |  |
| f. Revocation Hearings |  | 0.00 |  | 0.00 |  |
| g. Appeals Court |  | 0.00 |  | 0.00 |  |
| h. Other (Specify on additional sheets) |  | 0.00 |  | 0.00 |  |
| (RATE PER HOUR = $     ) TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 |  |
| 16. a. Interviews and Conferences |  | 0.00 |  | 0.00 |  |
| b. Obtaining and reviewing records |  | 0.00 |  | 0.00 |  |
| c. Legal research and brief writing |  | 0.00 |  | 0.00 |  |
| d. Travel time |  | 0.00 |  | 0.00 |  |
| e. Investigative and other work (Specify on additional sheets) |  | 0.00 |  | 0.00 |  |
| (RATE PER HOUR = $     ) TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 |  |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) |  |  |  |  |  |
| 18. Other Expenses (other than expert, transcripts, etc.) |  |  |  |  |  |
| GRAND TOTALS (CLAIMED AND ADJUSTED): |  | 0.00 |  | 0.00 |  |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM:            TO:

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. $0.00 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED $0.00 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |