IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARAH WEEDEN,**<br><br>　　　　Petitioner and Appellant,<br><br>　　v.<br><br>**DEBORAH JOHNSON,**<br><br>　　　　Respondent and Appellee. | Case No. No. 2:13-cv-02667-JKS<br><br><br>**ORDER** |

　　　Weeden's petition for writ of habeas corpus is granted.  It is ordered that Weeden be released from custody unless the state commences proceedings to retry her within 60 days of this order.  The status report and optional reply ordered on June 14, 2017, are stricken.

Dated: ___July 14, 2017_____　　　　　___/s/ James K. Singleton, Jr._____
　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge